UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH FOLSOM HERBERT,

                Plaintiff,

  -v-

CHRISTINA SANFELIZ, *et al*.

                Defendants.

22-CV-4299 (KMK)

*VALENTIN* ORDER

KENNETH M. KARAS, United States District Judge:

    Plaintiff, currently incarcerated in Sullivan County Jail, brings this pro se Action under 42 U.S.C. § 1983, alleging that Defendants violated his rights during Plaintiff's search and arrest. By Order dated June 10, 2022, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, in forma pauperis. (Dkt. No. 4.)[1]

    Under *Valentin v. Dinkins*, a pro se litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). It is therefore ordered that the Attorney General, who is the attorney for and agent of the New York State Police, must ascertain the identity and badge number of Christina SanFeliz, Devinnie M. Depuy, and Christopher Fox whom Plaintiff seeks to sue here and the address where each defendant may be served. The Attorney General must provide this information to Plaintiff and the Court within 60 days of the date of this order.

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

## CONCLUSION

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.  The Clerk of the Court is also directed to mail a copy of this Order and the Complaint to the New York State Attorney General at: 28 Liberty Street, New York, NY 10005.

SO ORDERED.

Dated:  March, 31, 2023
        White Plains, New York

                                        KENNETH M. KARAS
                                      United States District Judge