United States District Court:
Southern District of New York:
Jeremiah Herbert, Pro-se, Plaintiff-
- Against-
Christina Janfeliz, Et. Al, Defendants

RECEIVED
NOV 15 2024
U.S.D.C.
W.P.

Please Take Notice Pro-se Plaintiff Here By Indeed
Submits Application And Motion Under Rule
37(A)(3); (B)(4); (1)(e) To Impose Sanctions
Upon Each Defendant, For Failing As State
Troopers On April 4th, 2022 To Properly
Preserve The Following Relevant Evidence;
Under Rule 37.1 All Good Faith Efforts
By Plaintiff To Counsel Sussman And Counsel
J. Cynthia Loo Have Been Made Seeking
Through Discovery Any And All Relevant
Evidence That Indeed Exist; Defendants
Shall have Spoliation Sanctions Imposed
For Not providing And Preserving Following:
A) Failure To Provide Request April 4th, 2022
State Police Body Worn Footage Of
Ester Of Golden Park Apt- And Footage
At State Police Station That Shows
Excessive Force Used Upon Plaintiff;
No Body Camera Worn Footage From
April 4th, 2022 As Requested Has Been
Provided.

2) Failure to Provide Discovery Request of Request Disciplinary Records For Review of Christopher Fox, Devinne Depry And Christina Sanfeliz)

3) Failure to Provide Relevant Footage From State Police Station of Plaintiff Handcuffed For hours to Bench on April 4th, 2022.

4) Failure to Provide As Requested State Police Policy With Regards to The wearing of Body Cameras upon Execution of A Search Warrant

---

Plaintiff upon Defendants Counsel under Rule 37.1 Made Good Effort Attempts to Identify And Sought Production of Relevant Discovery Items, Court Shall Impose Spoliation Sanctions For Defendants Destroyed Body Camera Footage From April 4th 2022 That Indeed Did Exists that will Show How under Color of law Excessive Force And Physical Force Was Used to Impose Injury upon Plaintiff By Defendants Fox, Depry And Sanfeliz on April 4th 2022 In Liberty New York.

Sanction Under Rule 37 (A)(5); (B)(4)
Shall Be Imposed Upon All Defendants
For Failing To Preserve Body Cameras
From April 4th 2022, Failing To preserve
State Police Station Cameras From
April 4th, 2022, Each Defendant Fox, Depuy
And Sanfeliz Knew matter was moving
Forward And Destroyed Relevant Footage
That Did Contain Video evidence of
Excessive Force, And Intentional Acts
To Support 42 U.S.C. 1983 Complaint To Proceed
to TRIAL.
Its Requested Under Rule 37(e)
Application For Sanction Be granted And
Imposed Upon All Defendants.
C.C. File                    Respectfully Submitted:
Dated: Nov. 11th, 2024       Zach A
To: Pro-se Intake office     Jeremiah
1.) S. Cynthia Lua, Esq      Pro-se, Plaintiff
2.) Michael Sussman, Esq

Motion is denied. There is a pending Motion to Dismiss, which requires
resolution before addressing any discovery issues. The Clerk is
respectfully directed to mail this document to Plaintiff.

So Ordered
11/19/24



**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

ROCHESTER NY 144

12 NOV 2024 PM 3 L

FIRST-CLASS MAIL

ZIP 14541
041M11272007

NAME: Jeremiah Herbert    DIN: 23B1459    LOC: 8-A1-3B

To: U.S. District Court
Southern District of New York
449 U.S. Courthouse, 300 QUARROPAS Street
White Plains, New York 10641-4150

Five Points Correctional
Facility
Legal Mail Only

Attn: Pro-se Intake office

22-CV 4299 (K.m.k)